**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

**WATER ISLAND**
**EVENT-DRIVEN FUND**,

Plaintiff,

v.

**KNOWBE4, INC.**; *et al.*,

Defendants.

_____________________________/

# ORDER

**THIS CAUSE** came before the Court upon the Motion of Movants, Water Island Event-Driven Fund, The Arbitrage Fund, AltShares Merger Arbitrage ETF, and the Hilary L. Shane Revocable Trust for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel [ECF No. 16], brought in accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

To better manage the orderly progress of the case, it is

**ORDERED AND ADJUDGED** that, under Local Rule 7.1(c)(1), any responses in opposition to the Motion **[ECF No. 16]** shall be filed on or before **August 19, 2025**; replies are due on or before **August 26, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of August, 2025.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record