**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

**WATER ISLAND**
**EVENT-DRIVEN FUND**,

     Plaintiff,

v.

**KNOWBE4, INC.**; *et al.*,

     Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court on the Joint Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint [ECF No. 18]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1.     Within ten (10) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel for Defendants shall confer and submit a proposed schedule for filing a consolidated amended complaint and Defendants' combined response or separate answers to that consolidated amended complaint.

2.     Defendants are not required to answer, move to dismiss, or otherwise respond to any complaint prior to the Court's appointment of lead plaintiff and approval of lead counsel and the filing of a consolidated amended complaint by lead plaintiff.

3.     Discovery requirements shall be deferred until after a lead plaintiff and lead counsel have been appointed and lead plaintiff has filed an amended complaint.

CASE NO. 25-22574-CIV-ALTONAGA

4.      The Court accepts the parties' stipulation that Defendants have accepted service of the summons and First Amended Complaint in this case, subject to all defenses, other than a defense as to the sufficiency of service of the summons and complaints or the form of the summons.

**DONE AND ORDERED** in Miami, Florida, this 15th day of August, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2