**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

**WATER ISLAND**
**EVENT-DRIVEN FUND**,

Plaintiff,

v.

**KNOWBE4, INC.**; *et al.*,

Defendants.
______________________________/

# ORDER

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Stephen T. Nasko, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 31]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Stephen T. Nasko may appear and participate in this action on behalf of Defendants, Jeremiah Daly; Elephant Partners; Elephant Partners I, L.P.; Elephant Partners II, L.P.; Elephant Partners 2019 SPV-A, L.P.; and Elephant Partners II-B, L.P. The Clerk shall provide electronic notification of all electronic filings to Stephen T. Nasko, at stephen.nasko@lw.com.

**DONE AND ORDERED** in Miami, Florida, this 18th day of August, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record