UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22574-CIV-ALTONAGA/Reid

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**
_____/

**ORDER**

      **THIS CAUSE** came before the *sua sponte*. Plaintiff filed this action on June 5, 2025. (*See generally* Compl. [ECF No. 1]). On June 30, 2025, the Court entered an Order [ECF No. 15] advising that under Federal Rule of Civil Procedure 4(m), Plaintiff had until September 3, 2025 to perfect service upon Defendants or show cause why this action should not be dismissed for failure to perfect service of process. (*See id.*). The Court cautioned that "[f]ailure to file proof of service or show good cause by September 3 **will result in a dismissal without prejudice and without further notice**." (*Id.* (alteration and emphasis added)). To date, Plaintiff has not filed proof of service upon any Defendant, requested an extension of time, or shown good cause for failure to comply.

      Accordingly, it is

      **ORDERED** that the case is **DISMISSED** without prejudice.

      **DONE AND ORDERED** in Miami, Florida, this 4th day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record