**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**ORDER**

   **THIS CAUSE** came before the *sua sponte*.  On September 4, 2025, the Court issued an

Order [ECF No. 53] dismissing the case without prejudice due to Plaintiff's failure to file proof of

service on Defendants.  Upon further review of the record, the Court concludes Plaintiff adequately

perfected service.  On August 15, 2025, the parties stipulated that counsel for Defendants accepted

service of the Summonses [ECF No. 14] and Amended Complaint [ECF No. 6] on behalf of all

Defendants (*see* Joint Mot. for Ext. of Time . . . [ECF No. 18] ¶ 10); and the Court accepted the

stipulation (*see* Aug. 15, 2025 Order [ECF No. 23] ¶ 4).

   Accordingly, it is

   **ORDERED** that the September 4, 2025 Order **[ECF No. 53]** is **SET ASIDE**.  All

previously imposed deadlines remain in place.

   **DONE AND ORDERED** in Miami, Florida, this 5th day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record