**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

## ORDER

**THIS CAUSE** came before the *sua sponte*.  Defendants, Kevin Klausmeyer, Shrikrishna Venkataraman, and Gerhard Watzinger accepted service of the Summonses [ECF No. 14] and Amended Complaint [ECF No. 6] on August 15, 2025.  (*See* Aug. 15, 2025 Order [ECF No. 23] ¶ 4).  Subsequently, Koji Fukumura, Peter Adams, and Heather Speers, counsel for those Defendants, have signed filings indicating they are appearing *pro hac vice.*  (*See, e.g.*, Defendants' Brief in Support of a Stay . . . [ECF No. 52] 19).[1]  To date, these attorneys have not taken the necessary steps to appear before the Court.

Under Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, only members of the Bar of this District may appear as attorneys in this Court except when appearance *pro hac vice* is permitted by the Court.

Accordingly, it is

**ORDERED** the above-listed attorneys shall file motions to appear *pro hac vice* by **September 9, 2025**.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 25-22574-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 5th day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2