**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**ORDER**

**THIS CAUSE** came before the *sua sponte*.  On August 29, 2025, the Court issued an Order [ECF No. 51] directing Co-Lead Counsel, Liaison Counsel, and counsel for Defendants to confer and submit a proposed schedule for filing a consolidated amended complaint and Defendants' combined response or separate answers to that consolidated amended complaint.  (*See id.* 2).[1]  On September 5, 2025, the parties jointly filed a Proposed Schedule [ECF No. 56], advising they conferred and were unable to agree on a schedule.

Being fully advised, it is

**ORDERED** that Lead Plaintiffs have until **September 23, 2025** to file a consolidated amended complaint.  Defendants have until **October 7, 2025** to file a combined response or separate answers.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.