**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.
SECURITIES LITIGATION**

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Unopposed Motion for Leave to Exceed Page Limit [ECF No. 73].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Defendants may exceed the page limitation in their combined memorandum of law in support of their Motion to Dismiss; the Motion may not exceed 30 pages, exclusive of the title pages preceding the first page of text, tables of contents, tables of citations, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service.  Plaintiffs' memorandum of law in opposition to Defendants' Motion to Dismiss may not exceed 30 pages, exclusive of the title pages preceding the first page of text, tables of contents, tables of citations, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service.  Defendants' reply may not exceed 15 pages, exclusive of the same.

**DONE AND ORDERED** in Miami, Florida, this 30th day of September, 2025.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record