UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22574-CIV-ALTONAGA/Reid

In re:

KNOWBE4, INC.
SECURITIES LITIGATION

_____/

**ORDER**

THIS CAUSE came before the Court on Defendants' Opposed Expedited Motion for Extension of Time to File a Joint Scheduling Report Pending the Resolution of Defendants' Motion to Dismiss [ECF No. 76].  Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff has until October 8, 2025, to file an expedited response.  The October 3, 3025 Order [ECF No. 75] is **SET ASIDE**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record