UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22574-CIV-ALTONAGA/Reid

In re:

KNOWBE4, INC.
SECURITIES LITIGATION

_____/

**OPPOSITION TO DEFENDANTS' OPPOSED EXPEDITED MOTION FOR
EXTENSION OF TIME TO FILE A JOINT SCHEDULING REPORT PENDING THE
RESOLUTION OF DEFENDANTS' MOTION TO DISMISS**

1.      Lead Plaintiffs Water Island Event-Driven Fund, The Arbitrage Fund, AltShares Merger Arbitrage ETF, and the Hilary L. Shane Revocable Trust (collectively, "Lead Plaintiffs") hereby oppose Defendants' Opposed Expedited Motion for Extension of Time to File a Joint Scheduling Report Pending the Resolution of Defendants' Motion to Dismiss [ECF No. 76].

2.      The Court's Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 75] provided the clarity the parties requested when they jointly called chambers on Friday, October 3, to inquire if a Scheduling Report should be filed.

3.      While the Order Requiring Scheduling Report and Certificates of Interested Parties has now been vacated [ECF No. 77], Lead Plaintiffs respectfully submit the Court had the issue precisely right in its original Order (which followed the joint call to chambers where Defendants articulated the same arguments they now make in their expedited motion for an extension).   The Court's decision to require a Scheduling Report is well within the Court's inherent authority to manage its docket, and is a sensible application of that authority because it avoids delay and promotes judicial economy, as discussed below.  *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").

4.      Despite varied approaches, multiple courts have exercised that discretion to require Rule 26(f) conferences or enter scheduling orders in PSLRA cases while motions to dismiss are pending. *See, e.g.*, *Levy v. United HealthCare Corp.*, 1996 WL 1031813, at *2 (D. Minn. Sept. 10, 1996) ("[T]o exempt this action[] from the generally applicable requirements of Rule 26(f)[] is not supported by the express terms of the PSLRA[.]"); *Hilliard v. Black*, 125 F. Supp. 2d 1071, 1085

(N.D. Fla. 2000) (maintaining a scheduling order in a PSLRA case but providing that "the event from which all deadlines are established is this Court's resolution of all motions to dismiss").

5.       The schedule Lead Plaintiffs proposed to Defendants on September 22, 2025, attached hereto as Exhibit 1, recognizes and anticipates that discovery will be stayed until the Court resolves Defendants' forthcoming motion to dismiss by setting all deadlines with reference to the Court's ruling on that motion.  The entry of that schedule, or such other schedule as the Court deems appropriate, prior to the Court's ruling, will avoid any delay in negotiating and obtaining approval for a schedule in the days and weeks following the ruling and will enable counsel for the parties to ensure sufficient resources are available to proceed on the timeline the Court sets.

6.       Plaintiffs therefore respectfully request that Defendants' motion [ECF No. 76] be denied and that the Court order a new deadline for the filing of a Scheduling Report.

Dated: October 7, 2025

**KOZYAK TROPIN & THROCKMORTON LLP**

By: /s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski
Florida Bar No. 1010644
Jorge L. Piedra
Florida Bar No. 88315
Brandon M. Sadowsky
Florida Bar No. 1052643
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone:  (305) 372-1800
bwidlanski@kttlaw.com
jpiedra@kttlaw.com
bsadowsky@kttlaw.com

***Liaison Counsel for Lead Plaintiffs***

2

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice)*
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com
asher@entwistle-law.com

Andrew J. Entwistle (*pro hac vice*)
500 West Second Street
Floor 19, Suite 16
Austin, Texas 78701
Telephone:  (512) 710-5960
aentwistle@entwistle-law.com

*Co-Lead Counsel for Lead Plaintiffs*
Adam Warden (Fla. Bar # 0873691)
Jonathan Lamet (Fla. Bar # 0106059)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
(561) 394-3399
awarden@saxenawhite.com
jlamet@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on

October 7, 2025 via CM/ECF and/or email upon all counsel of record.

By: *<u>Benjamin J. Widlanski</u>*
Benjamin J. Widlanski

4