**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22574-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**DECLARATION OF MARIELLE PALOMA GREENBLATT IN SUPPORT OF**
**DEFENDANTS' COMBINED MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Marielle Paloma Greenblatt, declare as follows:

1.      I am an attorney duly authorized to practice law in the State of New York.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant KnowBe4, Inc., Vista Equity Partners Management, LLC, and Sjoerd Sjouwerman in this action. I am authorized to appear in the above-captioned litigation *pro hac vice* pursuant to this Court's Order (Dkt. No. 34) having filed a motion to appear *pro hac vice* on August 15, 2025.  (Dkt. No. 30).  I submit this Declaration in support of Defendants' Combined Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).  I am familiar with the facts set forth herein, based on my personal knowledge of the material referenced herein.

2.      I have personal knowledge of the facts stated in this declaration and if called upon to testify to those facts I could and would competently do so.

3.      Attached hereto as **Exhibit A** is a true and correct copy of KnowBe4's 14A Proxy Statement dated December 22, 2022.

4.      Attached hereto as **Exhibit B** is a true and correct copy of KnowBe4's October 13, 2022 Form 8-K.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the December 22, 2022 Amendment to Schedule 13E-3.

6.      Attached hereto as **Exhibit D** is a true and correct copy of KnowBe4's February 6, 2023 Form 8-K.

7.      Attached hereto as **Exhibit E** is a true and correct copy of KnowBe4's April 5, 2022 Annual Meeting Proxy Statement.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2025 in New York, New York.

Marielle Paloma Greenblatt