**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**ORDER**

THIS CAUSE came before the Court on Defendants' Opposed Expedited Motion for Extension of Time to File a Joint Scheduling Report Pending the Resolution of Defendants' Motion to Dismiss [ECF No. 76]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 76]** is **GRANTED**. The Court shall enter a separate order at the appropriate time setting a deadline for the filing of the joint scheduling report. The parties shall their certificates of interested parties and corporate disclosures statement by **October 15, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of October, 2025.

_____

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record