**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CIV-22574/ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_______________________________________/

**DEFENDANTS' MOTION FOR EXTENSION**
**OF TIME TO FILE A REPLY IN SUPPORT OF THEIR COMBINED MOTION TO DISMISS UNDER RULE 12(B)(6)**

Defendants KnowBe4, Inc., Sjoerd Sjouwerman, Vista Equity Partners Management, LLC, Jeremiah Daly, Elephant Partners, Elephant Partners I, L.P., Elephant Partners II, L.P., Elephant Partners 2019 SPV-A, L.P., Elephant Partners II-B, L.P., KKR & Co. Inc., KKR Knowledge Investors L.P., Stephen Shanley, Kara Wilson, Kevin Klausmeyer, Shrikrishna Venkataraman, and Gerhard Watzinger ("Defendants"), by and through undersigned counsel, respectfully move this Court for a brief extension of time to file a Reply in Support of their Combined Motion to Dismiss from October 28, 2025 to November 4, 2025. Undersigned has conferred with Plaintiffs' counsel, who advised that Plaintiffs take no position on this request.

## I. BACKGROUND

Defendants filed their Combined Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint on October 7, 2025. Dkt. No. 70 (Mot.); Dkt. No. 65 (Scheduling Order). Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on October 21, 2025. Dkt. No. 96. Defendants' Reply is due on October 28, 2025 under the Local Rules. S.D. Fla. L.R. 7.1(c)(1).

## II. GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION OF TIME

Good cause exists for the requested enlargement of time based on the following:

a. **Number of Defendants for Combined Reply**: Defendants require additional time to coordinate among the sixteen defendants and their respective counsel to allow for client input and review.

b. **Trial:** Counsel for Vista Equity Partners Management, LLC, KnowBe4, Inc., and Sjoerd Sjouwerman are currently in trial or preparing for trial. *See, e.g.*, *Delta Air Lines, Inc. v. Marriott International, Inc.*, 20 Civ. 01125 (N.D. Ga. 2025), Dkt. Nos. 688, 782, 828 (trial ongoing as of October 20, 2025); *Lupin Atlantis Holdings SA et.*

*al.*, *v. Zeng et. al.*, 23 Civ. 61621 (S.D. Fla. 2025), Dkt. No. 344 (trial set to begin November 3, 2025).

c. **No Prejudice:** The requested extension will not prejudice any party or delay any scheduled proceedings in this matter given the PSLRA discovery stay, *see* Dkt. No. 85, the fact that Plaintiffs are not permitted a sur-reply, and the fact that a hearing date has not been scheduled on Defendants' Motion to Dismiss as of the date of this request.

d. **First Request:** This is Defendants' first request for an extension of time in connection with their Combined Motion to Dismiss.

## CONCLUSION

WHEREFORE, Defendants respectfully request that this Court grant a brief extension of time for Defendants to file a Reply in Support of their Combined Motion to Dismiss from October 28, 2025 to November 4, 2025.

**CERTIFICATE OF CONFERRAL**

In accordance with Local Rule 7.1(a)(3), undersigned counsel conferred with Plaintiffs' counsel via email on October 23, 2025. Counsel advised that Plaintiffs take no position on this request.

.

Date: October 23, 2025

Respectfully submitted,

*/s/ David A. Nabors*
David A. Nabors

Samuel Gates Williamson
Florida Bar No. 1033817
David A. Nabors
Florida Bar No. 1024722
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 S Bayshore Drive
Suite 1550
Miami, Florida 33133-5417
(305) 402-4880
samwilliamson@quinnemanuel.com
davidnabors@quinnemanuel.com

Andrew J. Rossman *(pro hac vice)*
Courtney C. Whang *(pro hac vice)*
Marielle Paloma Greenblatt *(pro hac vice)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 Fifth Avenue
New York, New York 10016
(212) 446-4800
andrewrossman@quinnemanuel.com
courtneywhang@quinnemanuel.com
mariellegreenblatt@quinnemanuel.com

*Counsel for Defendants KnowBe4, Inc., Sjoerd*

*Sjouwerman, and Vista Equity Partners Management, LLC*

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
Benjamin R. Shiekman
Florida Bar No. 113114
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com
**LASHGOLDBERG**
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
(305) 347-4040

Colleen Smith *(pro hac vice)*
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400
colleen.smith@lw.com

Stephen Nasko *(pro hac vice)*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 654-7130
stephen.nasko@lw.com

*Counsel for Defendants Jeremiah Daly, Elephant Partners, Elephant Partners I, L.P., Elephant Partners II, L.P., Elephant Partners 2019 SPV-A, L.P., and Elephant Partners II-B, L.P.*

*/s/ Michael Holecek*

Michael Holecek (Florida Bar No. 1035950)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7018
MHolecek@gibsondunn.com

Brian M. Lutz (*pro hac vice)*
Colin Davis (*pro hac vice)*
Jeff Lombard (*pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, California 94111
(415) 393-8200

*Counsel for Defendants KKR & Co. Inc., KKR Knowledge Investors L.P., Stephen Shanley, and Kara Wilson*

/s/ *Adam M. Schachter*

Adam M. Schachter (Florida Bar No. 647101)
Joan Silverstein (Florida Bar No. 997330)
**GELBER SCHACHTER & GREENBERG, P.A.**
One Southeast Third Avenue
Suite 2600
Miami, Florida 33131
(305) 728-0950
aschachter@gsgpa.com
jsilverstein@gsgpa.com

Koji Fukumura (*pro hac vice)*
Peter Adams (*pro hac vice)*
Heather Speers (*pro hac vice)*
**COOLEY LLP**
10265 Science Center Drive
San Diego, California 92121
(858) 550-6000
kfukumura@cooley.com
padams@cooley.com
hspeers@cooley.com

*Counsel for Defendants Kevin Klausmeyer, Shrikrishna Venkataraman, and Gerhard Watzinger*

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on October 23, 2025 via CM/ECF and/or email upon all counsel of records.

By: /s/ *David A. Nabors*
David A. Nabors