UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22574-CIV-ALTONAGA/Reid

In re:

KNOWBE4, INC.
SECURITIES LITIGATION

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Motion for Extension of Time to File a Reply Brief in Support of their Combined Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint [ECF No. 97]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants may file a reply brief in support of their Motion to Dismiss on or before **November 4, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of October, 2025.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:      counsel of record