**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Unopposed Motion for Extension of Time to File an Answer in Reply to Plaintiffs' Amended Class Action Complaint [ECF No. 105]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants' answer(s) is due on or before **February 3, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of January, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record