**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR**
**MODIFICATION OF THE SCHEDULING ORDER**

On January 23, 2026, the Court issued its Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate (the "Scheduling Order") [ECF No. 108]. The Scheduling Order requires that on January 27, 2026, Plaintiffs would "provide opposing counsel with their motion for class certification." *Id.*  The Scheduling Order further sets March 26, 2026, as the date the "Parties exchange expert witness summaries or reports on issues of class certification" and April 9, 2026, as the date the "Parties exchange rebuttal expert witness summaries or reports on issues of class certification."  *Id.*  On January 27, 2026, Lead Plaintiffs served their motion for class certification on Defendants and confirmed to Defendants that they would timely exchange class certification expert reports as required by the Court's order.

Nevertheless, Defendants have sought to modify the Court's very specific and unambiguous order—apparently to avoid the mutual exchange of opening and rebuttal class certification expert reports. Accordingly, Lead Plaintiffs respectfully submit there is no reason or basis in this case to modify the Court's carefully structured order.[1]

---

[1] Defendants' motion proposes changing the date for Defendants to submit their class certification expert report to be simultaneous with Defendants' class certification opposition brief—which, under the Scheduling Order, is not due until May 15, 2026.  Under Defendants' proposed schedule, Lead Plaintiffs would have only seven days to conduct discovery of Defendants' expert(s), prepare any necessary rebuttal expert report(s), and prepare and file their reply brief.  This result would wholly abrogate the careful schedule the Court put into place.

Dated:  January 28, 2026

Respectfully submitted,

/s/ Benjamin J. Widlanski
**KOZYAK TROPIN &**
**THROCKMORTON LLP**
Benjamin J. Widlanski (Fla. Bar # 1010644)
bwidlanski@kttlaw.com
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Tel.: (305) 372-1800

*Court-Appointed Liaison Counsel and*
*Proposed Liaison Counsel for the Class*

Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher *(pro hac vice)*
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com
asher@entwistle-law.com

Andrew J. Entwistle (*pro hac vice*)
500 West Second Street
Suite 1900
Austin, Texas 78701
Tel.: (512) 710-5960
aentwistle@entwistle-law.com

Adam Warden (Fla. Bar # 0873691)
Jonathan Lamet (Fla. Bar # 0106059)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
awarden@saxenawhite.com
jlamet@saxenawhite.com

David J. Schwartz (*pro hac vice*)
10 Bank Street, Suite 882

White Plains, New York 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
dschwartz@saxenawhite.com

Thomas Curry (*pro hac vice*)
824 N. Market Street, Suite 1003
Wilmington, Delaware 19801
Tel.: (302) 485-0483
tcurry@saxenawhite.com

*Court-Appointed Co-Lead Counsel and*
*Proposed Class Counsel*