**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____ /

**ELEPHANT PARTNERS AND JEREMIAH DALY'S JOINDER IN DEFENDANTS KKR KNOWLEDGE INVESTORS, L.P. AND KKR & CO. INC.'S MOTION FOR <u>RECONSIDERATION OF THE ORDER ON THE MOTION TO DISMISS</u>**

Defendants Jeremiah Daly, Elephant Partners, Elephant Partners I, L.P., Elephant Partners II, L.P., Elephant Partners 2019 SPV-A, L.P., and Elephant Partners II-B, L.P (the "Elephant Defendants") hereby join in the Motion for Reconsideration of the Order on the Motion to Dismiss filed by Defendants KKR Knowledge Investors, L.P. and KKR & Co. Inc. on January 30, 2025 at ECF No. 112 and all arguments stated therein.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1.(a)(3), I hereby certify that counsel for the movant has conferred with counsel for Plaintiffs on January 29, 2026, and counsel for Plaintiffs opposes the requested relief herein.

Date: January 30, 2026                    Respectfully submitted,


                                          */s/ Martin B. Goldberg*
                                          Martin B. Goldberg
                                          Florida Bar No.: 827029
                                          mgoldberg@lashgoldberg.com
                                          LASH GOLDBERG FINEBERG LLP
                                          Miami Tower
                                          100 Southeast 2nd Street, Suite 1200
                                          Miami, FL 33131-2158
                                          Telephone:  (305) 347-4040
                                          Facsimile:  (305) 347-4050

                                          Colleen Smith *(pro hac vice)*
                                          **LATHAM & WATKINS LLP**
                                          12670 High Bluff Drive
                                          San Diego, California 92130
                                          (858) 523-5400
                                          colleen.smith@lw.com

                                          Jordan Cook (*pro hac vice* forthcoming)
                                          **LATHAM & WATKINS LLP**
                                          650 Town Center Drive, 20th Floor
                                          Costa Mesa, California 92626
                                          (714) 755-8238
                                          jordan.cook@lw.com

                                          Stephen Nasko *(pro hac vice)*
                                          **LATHAM & WATKINS LLP**
                                          555 Eleventh Street, NW, Suite 1000

Washington, D.C. 20004
(202) 654-7130
stephen.nasko@lw.com

*Attorneys for Defendants Jeremiah Daly, Elephant Partners, Elephant Partners I, L.P., Elephant Partners II, L.P., Elephant Partners 2019 SPV-A, L.P., and Elephant Partners II-B, L.P.*