**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____

**JOINT MOTION FOR ENTRY OF**
**STIPULATED PROTECTIVE ORDER AND**
**STIPULATED ORDER GOVERNING DISCOVERY OF ESI**

Court-appointed Lead Plaintiffs, Water Island Event-Driven Fund, The Arbitrage Fund, AltShares Merger Arbitrage ETF, and the Hilary L. Shane Revocable Trust (collectively, "Lead Plaintiffs"), and Defendants KnowBe4, Inc., Sjoerd Sjouwerman, Vista Equity Partners Management, LLC, Jeremiah Daly, Elephant Partners, Elephant Partners I, L.P., Elephant Partners II, L.P., Elephant Partners 2019 SPV-A, L.P., Elephant Partners II-B, L.P., KKR & Co. Inc., KKR Knowledge Investors L.P., Stephen Shanley, Kara Wilson, Kevin Klausmeyer, Shrikrishna Venkataraman, and Gerhard Watzinger  ("Defendants" and, collectively with Lead Plaintiffs, the "Parties"), jointly move for entry of the Stipulated Protective Order, attached as Exhibit 1, and the Stipulated Order Entering Electronic Discovery Protocol, attached as Exhibit 2.  In support of this motion, the parties jointly state as follows:

1.      The Federal Rules provide that a "court may, for good cause, issue an order . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."  Fed. R. Civ. P. 26(c)(1).

2.      "In order to preserve the confidentiality of sensitive materials, a district court may regulate access to the information by issuing a protective order pursuant to Rule 26(c)."  *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355 (11th Cir. 1987) "A district court has broad discretion when fashioning protective orders." *Id.*

3.      The discovery in this case requires the production of confidential commercial information, personally sensitive information, and other confidential documents, the disclosure of which could harm the parties.  Entry of the Stipulated Protective Order will allow the parties to use confidential documents to advance their claims and to defend themselves in this case.

Accordingly, good cause exists for entry of the Stipulated Protective Order.

4.      Under Rule 26, the Court may also enter an order "for good cause . . . specifying terms . . . for the disclosure or discovery." Fed. R. Civ. P. 26(c)(1). The parties have agreed to produce discovery in the form described in the Stipulated Electronic Discovery Protocol, which will facilitate efficient discovery in this case. Accordingly, good cause exists for entry of the stipulated order.

## CONCLUSION

For these reasons, the parties jointly ask this Court to grant this motion and to enter the Stipulated Protective Order, attached as Exhibit 1, and the Stipulated Order Governing Discovery of Electronically Stored Information, attached as Exhibit 2.

## CERTIFICATE OF CONFERRAL

In accordance with Local Rule 7.1(a)(3), counsel for the parties certify that they have conferred and agree to the relief requested in this motion.

Date: February 20, 2026                Respectfully submitted,


*/s/ Benjamin J. Widlanski*
**KOZYAK TROPIN & THROCKMORTON LLP**
Benjamin J. Widlanski (Fla. Bar # 1010644)
Brandon M. Sadowsky (Fla. Bar # 1052643)
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Tel.: (305) 372-1800
bwidlanski@kttlaw.com

*Liaison Counsel for Lead Plaintiff*

Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com

*/s/ Samuel G. Williamson*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Samuel G. Williamson
Florida Bar No. 1033817
David A. Nabors
Florida Bar No. 1024722
2601 S Bayshore Drive
Suite 1550
Miami, Florida 33133-5417
(305) 402-4880
samwilliamson@quinnemanuel.com
davidnabors@quinnemanuel.com

Andrew J. Rossman (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Marielle Paloma Greenblatt (*pro hac vice*)

2

bbrodeur@entwistle-law.com
asher@entwistle-law.com

Andrew J. Entwistle (*pro hac vice*)
500 West Second Street
Floor 19, Suite 16
Austin, Texas 78701
Telephone: (512) 710-5960
aentwistle@entwistle-law.com

Adam Warden (Fla. Bar # 0873691)
Jonathan Lamet (Fla. Bar # 0106059)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
awarden@saxenawhite.com
jlamet@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiff*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 Fifth Avenue
New York, NY 10016
(212) 446-4800
andrewrossman@quinnemanuel.com
courtneywhang@quinnemanuel.com
mariellegreenblatt@quinnemanuel.com

Martin B. Goldberg
Florida Bar No. 0827029
Benjamin R. Shiekman
Florida Bar No. 113114
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com
**LASHGOLDBERG**
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
(305) 347-4040

Colleen Smith (*pro hac vice*)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400
colleen.smith@lw.com

Jordan Cook (*pro hac vice*)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
(714) 755-8238
jordan.cook@lw.com

Stephen Nasko (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 654-7130
stephen.nasko@lw.com

3

Adam M. Schachter (Florida Bar No. 647101)
Joan Silverstein (Florida Bar No. 997330)
**GELBER SCHACHTER & GREENBERG, P.A.**
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
(305) 728-0950
aschachter@gsgpa.com
jsilverstein@gsgpa.com

Michael Holecek
Florida Bar No. 1035950
**GIBSON, DUNN & CRUTCHER LLP**
161 NW 6th Street, Suite 1010
Miami, FL 33136
(213) 229-7018
MHolecek@gibsondunn.com

Brian M. Lutz (*pro hac vice*)
Colin Davis (*pro hac vice)*
Jeff Lombard (*pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, California 94111
(415) 393-8200

Koji Fukumura (*pro hac vice)*
Peter Adams (*pro hac vice)*
Heather Speers (*pro hac vice)*
**COOLEY LLP**
10265 Science Center Drive
San Diego, California 92121
(858) 550-6000
kfukumura@cooley.com
padams@cooley.com
hspeers@cooley.com

4