UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22574-CMA

In re:

KNOWBE4, INC.
SECURITIES LITIGATION

_____/

## ORDER FOLLOWING DISCOVERY HEARING

**THIS CAUSE** came before the Court on requests for discovery relief by Lead Plaintiffs Water Island Event-Driven Fund ("Plaintiffs") and by Defendants KnowBe4, Inc. and Vista Equity Partners Management, LLC ("KnowBe4" and "Vista" respectively, and collectively "Defendants"). The Parties filed cross-Notices of Hearing [ECF Nos. 136–137] and the undersigned held a hearing on March 25, 2026 [ECF No. 140].

This is a putative securities class action arising from alleged misstatements and omissions made between October 12, 2022 and December 22, 2022 during a take-private merger of KnowBe4, a widely used cybersecurity awareness training platform. *See* [ECF No. 70 ¶¶ 111–40]. Plaintiffs allege that during the acquisition of KnowBe4 by private equity firm Vista, several public filings contained material misrepresentations and omissions resulting in an undervalued and unfair merger price-per-share for the company. *See* [*id.* ¶¶ 1–9]. From this, Plaintiffs assert three counts in the Amended Complaint under the Securities Exchange Act of 1934 relating to the alleged misstatements or omissions across four publications: an October 12, 2022 Merger press release, an October 13, 2022 Form 8-K, a December 22, 2022 Proxy statement, and a December 22, 2022 Schedule 13E-3. [*id.* ¶¶ 204–35].

After hearing argument from counsel, reviewing the record, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

Plaintiffs' Discovery Issues [ECF No. 136]:

- Plaintiffs' request to set interim deadlines for document production is **GRANTED.** Specifically, Defendants Vista, KnowBe4, and Sjoerd Sjouwerman ("Sjouwerman") shall commence rolling production of documents by **April 1, 2026** and substantially complete their production of documents in response to Plaintiffs' first sets of requests for production by **April 13, 2026**. All other Defendants shall commence rolling document productions and shall substantially complete their production of documents in response to Plaintiffs' first sets of requests for production by **April 24, 2026**. For the avoidance of doubt, additional documents may be produced after the substantial completion deadline to supplement the parties' productions, and the parties specifically contemplate that documents that are subject to further privilege review may be produced after the substantial completion deadline

- Plaintiffs' request for KnowBe4 and Vista to produce internal financial projections for KnowBe4 for the period May 1, 2021 through April 30, 2022 is **GRANTED.**

- Lead Plaintiffs' request for KnowBe4 and Vista to produce financial results for KnowBe4 for fiscal years 2022 and 2023 is **GRANTED**.

- The Court accepts the representation of counsel for Vista, KnowBe4 and Sjouwerman that, for the purpose of their production of documents, the definition of "Sales Process" includes all aspects of the definition as stated in Plaintiffs' First Request for Production of Documents, specifically: "[T]he series of actions undertaken by KnowBe4 to identify and negotiate the terms of a sale, merger, or other Strategic Alternative with as well as the series of actions undertaken by any potential, prospective, or actual buyers or any other Persons or Entities in connection therewith. This definition includes, without limitation, any Communications with any Person or Entity concerning any sale, merger, or other strategic transaction."

- Plaintiffs' request that Defendants Vista, KnowBe4, and Sjouwerman produce documents concerning the financial benefits received by, or contemplated to be received by, participants resulting from the Sale Process, including employment arrangements and rollover equity (to the extent those documents are located by Defendants' electronic searches) is **GRANTED**, notwithstanding the possibility that some relevant documents might also relate to statements the Court determined were not actionable.

- Plaintiffs' request for Rod Aliabadi to be added as an ESI custodian and for Vista to search the electronic files of Rod Aliabadi for responsive documents using the agreed upon search parameters is **GRANTED**.

- Plaintiffs' request for Lars Letonoff to be added as an ESI custodian and for KnowBe4 to search the electronic files of Lars Letonoff for responsive documents using the agreed upon search parameters is **GRANTED**.

Defendants' Discovery Issues [ECF No. 137]:

- Defendants' request to compel Plaintiffs to supplement their response to Vista's twelfth and thirteenth Interrogatories is **GRANTED**. Without limitation to Plaintiffs' obligation under Rule 26(e)(1) to supplement their disclosures and responses, Plaintiffs are hereby **ORDERED** to supplement their responses to Vista's twelfth and thirteenth Interrogatories as soon as practicable, but no later than **May 8, 2026**.

- Defendants' request to compel Plaintiffs to provide the damages disclosure required by Rule 26(a)(1)(A)(iii), is **GRANTED**. Without limitation to Plaintiffs' obligation under Rule 26(e)(1) to supplement their disclosures and responses, Plaintiffs are hereby **ORDERED** to supplement their damages disclosure as reflected in their Class Certification expert's report by **April 1, 2026,** based on the information available to them at that time.

- Defendants' request to compel Plaintiffs to apply the search terms requested in Defendants' March 8 letter to Plaintiffs and produce responsive documents is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. Plaintiff Hilary L. Shane Revocable Trust is **ORDERED** to review unique documents captured by the search term "Apprais\*" and produce documents responsive to Defendants' Request for Production No. 35 as written. Regarding the Water Island Plaintiffs and the remaining search terms raised at the hearing, the Parties are hereby **ORDERED** to continue conferral efforts on the matter.

**DONE AND ORDERED** in Miami, Florida, this 7th day of April, 2026.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record