**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____ /

**[PROPOSED] ORDER ON LEAD PLAINTIFFS' MOTION TO**
**AMEND CONSOLIDATED COMPLAINT BY INTERLINEATION**

This matter comes before the Court on Lead Plaintiffs' Motion to Amend the Consolidated Complaint by Interlineation [ECF No. X]. The Court, having considered the Motion and being duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion is **GRANTED**. Lead Plaintiffs shall file their First Amended Consolidated Complaint as a separate docket entry by April 13, 2026.

2.      All references to AltShares Event-Driven ETF in the record are changed to AltShares Merger Arbitrage ETF.

**DONE AND ORDERED** in Miami, Florida, this __ day of ____, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**