**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____ /

## <u>ORDER</u>

THIS CAUSE came before the Court on the opposed Lead Plaintiffs' Motion to Amend Consolidated Complaint by Interlineation [ECF No. 148]. Expedited briefing is appropriate. Therefore, any opposition to the Motion is due by **April 15, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of April, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record