**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF LEAD PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

I, Andrew J. Entwistle, declare as follows:

1.        I am the managing partner of the law firm Entwistle & Cappucci LLP, Court-appointed Lead Counsel in the above-captioned action.  I am admitted to the practice of law in the States of Texas, New York, Colorado, Illinois, New Jersey, Pennsylvania, and *pro hac vice* before this Court.  I respectfully provide this declaration in support of Lead Plaintiffs' Motion for Class Certification ("Motion"), served herewith.

2.        Attached hereto as Exhibits 1 through 8 are true and correct copies of the following documents cited in the accompanying Lead Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification:

| Exhibit | Description |
|---|---|
| Ex. 1 | Declaration of Jonathon Hickey in Support of Lead Plaintiffs' Motion for Class Certification |
| Ex. 2 | Declaration of Hilary L. Shane in Support of Lead Plaintiffs' Motion for Class Certification |
| Ex. 3 | Expert Report of Michael L. Hartzmark, Ph.D., dated March 26, 2026 |
| Ex. 4 | Expert Rebuttal Report of Michael L. Hartzmark, Ph.D., dated April 9, 2026 |
| Ex. 5 | Excerpt of Deposition Transcript of Steven Grenadier, Ph.D., dated April 21, 2026 |

1

2

| Exhibit | Description |
|---|---|
| Ex. 6 | Entwistle & Cappucci LLP Firm Resume |
| Ex. 7 | Saxena White P.A. Firm Resume |
| Ex. 8 | Kozyak Tropin & Throckmorton LLP Firm Resume |

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 1, 2026

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2026, I caused the foregoing to be provided to counsel of record for all parties via e-mail.


/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski