# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**DECLARATION OF JONATHON HICKEY IN SUPPORT OF LEAD**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jonathon Hickey, hereby declare under penalty of perjury as follows:

1.     I am the Senior Managing Partner and Chief Operating Officer of Water Island Capital, LLC, the investment adviser to Water Island Event-Driven Fund, The Arbitrage Fund and AltShares Merger Arbitrage ETF (together, the "Water Island Plaintiffs"). I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification in the above-captioned action (the "Action").

2.     The Water Island Plaintiffs are institutional investors organized under Delaware law. Each of the Water Island Plaintiffs is advised by Water Island Capital LLC, which is headquartered in New York, New York.

3.     As set forth in the certification attached to the Consolidated Amended Class Action Complaint filed in the Action on September 23, 2025 ("Complaint"), the Water Island Plaintiffs held shares of KnowBe4 common stock on the record date and were entitled to vote on the proposed KnowBe4 merger. The Water Island Plaintiffs also sold shares of KnowBe4 common stock during the class period.

4.     On September 2, 2025, the Court appointed the Water Island Plaintiffs as Lead Plaintiffs for this litigation. The Water Island Plaintiffs understand that acting as Class Representatives in this Action involves serving as fiduciaries for the benefit of the Class.

5.      I, on behalf of the Water Island Plaintiffs, understand that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with meaningful losses to direct securities class actions.  As proposed Class Representatives, the Water Island Plaintiffs are committed to vigorously prosecuting this litigation. The Water Island Plaintiffs intend to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

6.      The Water Island Plaintiffs have diligently pursued the effective prosecution of this Action.  On June 5, 2025, the Water Island Event-Driven Fund filed the initial complaint commencing this Action.  Subsequently, among other things, the Water Island Plaintiffs authorized the filing of the motion for appointment of Lead Plaintiff; reviewed and approved the Complaint; collected and produced relevant documents in discovery; responded to multiple sets of interrogatories; provided Rule 30(b)(6) deposition testimony; propounded discovery on defendants; and communicated frequently with their outside counsel concerning the case and litigation strategy.  As Class Representatives, the Water Island Plaintiffs will continue to diligently pursue the effective prosecution of the Action.

7.      The Water Island Plaintiffs are committed to actively directing this litigation and maximizing the recovery for the proposed Class, including by attending hearings and/or trial, continuing to actively participate in discovery and overseeing the preparation and filing of pleadings and motions as appropriate.

8.      The Water Island Plaintiffs understand that, as Class Representatives, they would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.  The Water Island Plaintiffs would continue to work actively with Class Counsel and the other Lead Plaintiff in order to prosecute this Action in the interests of the Class members they represent, and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

9.      The Water Island Plaintiffs seek appointment of Entwistle & Cappucci LLP ("Entwistle & Cappucci") as Class Counsel based on the firm's substantial experience and expertise in prosecuting securities class actions, including successfully moving to certify classes in numerous cases.  *See, e.g.*, *In re Alta Mesa Resources, Inc. Securities Litigation,*

2

No. 19-cv-957 (S.D. Tex. 2019) ($126.3 million settlement after three weeks of jury trial); *In re Pattern Energy Grp. Inc. Sec. Litig.*, No. 20-275-MN-JLH (D. Del.) ($100 million joint settlement of parallel state and federal actions); *In re Resideo Techs., Inc. Sec. Litig.,* No. 19-cv-02863 (D. Minn. 2019) ($55 million recovery); *Cobalt Int'l Energy, Inc. Sec. Litig.,* 14-cv-3428 (S.D. Tex. 2014) (recovered $169.35 million in cash, in addition to $220 million payable from director and officer liability policies that is currently being litigated on behalf of a class of investors); *San Antonio Fire & Police Pension Fund v. Dole Food Co., Inc.,* No. 15-cv-1140 (D. Del. 2015) ($74 million recovery). The Water Island Plaintiffs believe that Entwistle & Cappucci possesses the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class. The Water Island Plaintiffs also seek the appointment of Saxena White P.A. ("Saxena White") as Class Counsel. The Water Island Plaintiffs believe that Saxena White also possesses the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

10. In addition, the Water Island Plaintiffs seek approval of Entwistle & Cappucci and Saxena White as Class Counsel because of the firms' unique knowledge of, and successful prosecution of, this case. Entwistle & Cappucci and Saxena White conducted a thorough investigation which formed the basis of the Complaint, briefed Defendants' motion to dismiss and are currently leading discovery. I believe that Entwistle & Cappucci, Saxena White and Lead Plaintiffs are ideally suited to work together to achieve optimal results for the proposed Class.

11. The Water Island Plaintiffs will continue to fulfill their duties to the putative Class through consultation with, and by directing the efforts of, proposed Class Counsel, Entwistle & Cappucci and Saxena White, in consultation with proposed Class Liaison Counsel Kozyak Tropin & Throckmorton LLP and the other Lead Plaintiff.

12. Finally, the Water Island Plaintiffs understand that their service as Class Representatives does not entitle them to any benefits not enjoyed by the rest of the Class, beyond that which is provided by the PSLRA, and as may be ordered and approved by the Court.

I certify that the foregoing statements are true and correct under penalty of perjury under the laws of the United States.

Dated: New York, New York
      April 30, 2026

By: _____
      Jonathon Hickey
      Senior Managing Partner and Chief
      Operating Officer of Water Island
      Capital, LLC, investment advisor to
      the Water Island Plaintiffs

4