# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**DECLARATION OF HILARY L. SHANE IN SUPPORT OF**
**LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,**
**APPOINTMENT OF CLASS REPRESENTATIVES, AND**
**APPOINTMENT OF CLASS COUNSEL**

I, Hilary L. Shane, hereby declare under penalty of perjury as follows:

1.     I am the Trustee for the Hilary L. Shane Revocable Trust ("HLS Trust" or the "Trust"), a Court-appointed Lead Plaintiff in the above-captioned action (the "Action"). I submit this Declaration in support of Plaintiffs' Motion for Class Certification in the Action, and in support of the application of the HLS Trust to serve as a representative for the Class (as defined in Lead Plaintiffs' Motion for Class Certification).

2.     The HLS Trust is a trust organized under the laws of the State of Florida. As the Trustee of the HLS Trust, I am authorized to trade securities on the Trust's behalf. I am authorized to make this Declaration on behalf of the Trust and have personal knowledge about the information in this Declaration.

3.     As set forth in the certification attached to the Motion of the KnowBe4 Investors for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, filed in the Action on August 5, 2025 ("Lead Plaintiff Motion"), the HLS Trust sold shares during the class period when it tendered its shares in connection with the closing of the merger. The Trust suffered damages in connection with tendering those shares.

4.    I, on behalf of the Trust, understand that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage those with meaningful losses to direct securities class actions. As a Class Representative, the HLS Trust is committed to vigorously prosecuting this litigation. The HLS Trust intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

5.    The HLS Trust has diligently pursued the effective prosecution of this Action and actively monitored its progress. To date, among other things, it has supervised the preparation of numerous key documents in the Action, including the Lead Plaintiff Motion (ECF No. 15); the Consolidated Class Action Complaint (ECF No.70); Lead Plaintiffs' Opposition to Defendants' Combined Motion to Dismiss (ECF No. 96); Lead Plaintiffs' Initial Disclosures; and Lead Plaintiffs' Motion for Class Certification filed concurrently herewith.  In addition, the HLS Trust has both propounded and responded to discovery requests and served multiple subpoenas on third parties to the litigation.  The HLS Trust has also reviewed both periodic updates from counsel as well as significant filings and orders in this Action, including, but not limited to, the Court's Order denying Defendants' motion to dismiss (ECF No. 100).  Most recently, the HLS Trust has satisfied its discovery obligations by responding to multiple sets of interrogatories served by various Defendants, collecting and producing to Defendants potentially relevant documents and communications from the HLS Trust's files, and sitting for a deposition. As a Class Representative, the HLS Trust would continue to diligently pursue the effective prosecution of the Action.

6.    The HLS Trust is committed to actively directing this litigation and maximizing the recovery for the proposed Class, including by attending hearings and/or trial, continuing to actively participate in discovery, and overseeing the preparation and filing of pleadings and motions as appropriate.

2

7.      The HLS Trust understands that as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.  The HLS Trust would continue to work actively with Class Counsel and the other Lead Plaintiffs in order to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

8.      The HLS Trust seeks appointment of Saxena White P.A. ("Saxena White") as Class Counsel based on the firm's substantial experience and expertise in prosecuting securities class actions, including successfully moving to certify classes in numerous cases.  *See e.g., Milbeck v. TrueCar, Inc.*, 2:18-cv-02612-SVW-AGR (C.D. Cal.) (ECF Nos. 167, 189) (orders granting class certification and approving $28 million securities class action settlement);  *In re Perrigo Company plc Sec. Litig.*, No. 1:19-cv-00070-DLC (S.D.N.Y.) (ECF Nos. 146, 328) (orders granting class certification and approving $31.9 million class action settlement); *Plymouth County Retirement System v. Patterson Companies, Inc.,* No. 0:18-cv-00871-MJD-DTS (D. Minn.) (ECF Nos. 175, 266) (orders granting class certification and approving $63 million class action settlement); *In re HD Supply Holdings, Inc. Sec. Litig.,* 2020 WL 8572953, at *2 (N.D. Ga. July 21, 2020) (approving $50 million settlement and noting that Saxena White "conducted the litigation and achieved the Settlement with skill, perseverance, and diligent advocacy"); *In re Rayonier Inc. Sec. Litig.*, 2017 WL 4542852, at *1 (M.D. Fla. Oct. 5, 2017) ($73 million recovery); *City Pension Fund for Firefighters & Police Officers in City of Miami Beach v. Aracruz Celulose S.A.,* 2013 WL 12489095, at *4 (S.D. Fla. July 17, 2013) ($37.5 million recovery); *Sheet Metal Workers Loc. 19 Pension Fund v. ProAssurance Corp.,* 2024 WL 4003330, at *2 (N.D. Ala. Jan. 17, 2024) ($28 million recovery).  The HLS Trust believes that Saxena White possesses the necessary experience and resources to prosecute this case vigorously and effectively on behalf of

3

the proposed Class. The Trust also seeks the appointment of Entwistle & Cappucci LLP as Class Counsel. The Trust believes that Entwistle & Cappucci possesses the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9.      In addition, the HLS Trust seeks approval of Saxena White and Entwistle & Cappucci as Class Counsel because of the firms' unique knowledge of, and successful prosecution of this case. Saxena White and Entwistle & Cappucci conducted a thorough investigation which formed the basis of the Complaint, briefed Defendants' motion to dismiss, and are currently leading discovery. I believe that Saxena White, Entwistle & Cappucci, and Lead Plaintiffs are ideally suited to work together to achieve optimal results for the proposed Class.

10.     The HLS Trust will continue to fulfill its duties to the putative Class through its consultation with, and by directing the efforts of proposed Class Counsel, Saxena White and Entwistle & Cappucci, in consultation with proposed Class Liaison Counsel Kozyak Tropin & Throckmorton LLP and the other Lead Plaintiffs.

11.     Finally, the HLS Trust understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA, and as may be ordered and approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April __04/30/2026__

By: _____
Hilary L. Shane (Apr 30, 2026 14:13:10 EDT)
Hilary L. Shane
Trustee, Hilary L. Shane Revocable Trust