# EXHIBIT 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

IN RE KNOWBE4, INC.
SECURITIES LITIGATION

No. 25-cv-22574-ALTONAGA/ Reid

______________________________/

VIDEO-RECORDED DEPOSITION OF STEVEN GRENADIER, PH.D.

Remote Zoom Proceeding

Redwood Shores, California

Tuesday, April 21, 2026

REPORTED BY:

LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

[PAGES OMITTED]

A. Uh-huh, I am not.
Q. Okay. And you were not asked and you are not opining on the merits of the claims in the Complaint; is that correct?
MS. BITTMAN: Object to form.
THE WITNESS: That is correct. I don't believe I'm opining on the merits. I'm basically assuming them as given.
Q. BY MR. WALES: Okay. Fair enough.
A. Just to be clear, not merits, but like the allegations. Sorry.
Q. The factual allegations of the Complaint, you're not opining on them?
A. Correct.
Q. Okay. Fair enough.
Now, it's been referenced, but I just want to be a little more specific. You've reviewed the opening expert report of Dr. Hartzmark; is that correct?
A. Yes.
Q. Okay. And he determined that there was an efficient market for KnowBe4 stock during the class period; is that correct?
A. Yes. And also prior to the class period.
Q. Okay. And you are not disputing at this time that there is an efficient market for KnowBe4 stock

during the class period; is that correct?

A. So I believe yes. Let me just put it in my own -- my own words, and then you can push me if it's not exactly what you mean.

I am not questioning it. I'm not opining on it, but for purposes of my reports, I'm assuming it to be true. I just haven't done any analysis on it. But I'm not questioning it at all. I'm just assuming it is true in both of my reports.

Q. Okay. And you're not disputing it at this time?

A. Correct.

Q. Fair enough. Okay.

And market efficiency, do you believe that is relevant for reliance on the 10(b) five claims?

A. So I view that --

MS. BITTMAN: Objection to form.

THE WITNESS: I view that as a legal question, so I -- as an economist, I'm not an expert in the law. I have seen enough cases that I understand your question there. And let me put it this way: It's quite common in securities litigation cases that I work on as an economic expert that the fraud in the market theory relies on efficient markets, and I see various experts opining on whether markets are efficient. I understand that generally, but not as a legal expert.