**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_____/

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS**
**CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND**
**APPOINTMENT OF CLASS COUNSEL**

**THIS CAUSE** came before the Court upon Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel and Incorporated Memorandum of Law in Support Thereof (the "Class Certification Motion"), ECF No. [____]. Upon due consideration of the arguments for and against, all evidence and expert materials submitted in connection therewith, and finding that good cause exists, the Court hereby **GRANTS** the Motion.

The Court finds, pursuant to Federal Rule of Civil Procedure 23(a) and 23(b) that: (i) the Class (as hereinafter defined) is so numerous that joinder of all members is impracticable; (ii) there are questions of law and fact common to the Class; (iii) Lead Plaintiffs' claims are typical of the Class claims; (iv) common question predominate over any individualized ones; and (v) a class action is superior to any other method of adjudication.

The Court further finds that Lead Plaintiffs Water Island Event-Driven Fund, The Arbitrage Fund, AltShares Merger Arbitrage ETF, and the Hilary L. Shane Revocable Trust will fairly and adequately protect the interests of the Class as Class Representatives.

The Court further finds, pursuant to Federal Rule of Civil Procedure 23(g), that Co-Lead Counsel Entwistle & Cappucci LLP and Saxena White P.A. will fairly and adequately represent the interests of the Class as Class Counsel, and Kozyak Tropin & Throckmorton LLP will fairly and adequately represent the interests of the Class as Class Liaison Counsel.

Now therefore, it is hereby **ORDERED** as follows:

1

1.     This Action is **CERTIFIED** as a class action pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of Class Members with claims in the following categories (together, the "Class"):

> (a) All persons and entities that held KnowBe4, Inc. ("KnowBe4") Class A common stock as of the December 7, 2022 record date (the "Record Date") that were entitled to vote on the "take-private" acquisition by Vista Equity Partners Management, LLC and its affiliates; and
>
> (b) All persons and entities that sold shares of KnowBe4 Class A common stock from October 12, 2022 through the February 1, 2023 close of the Merger (the "Class Period"), including those who sold shares into the Merger.

**Excluded from the Class are:** Defendants and their affiliates, the officers and directors of Defendants, members of their immediate families and their legal representatives, heirs, successors and assigns and any entity in which any excluded persons have—or had at any time since the start of the Class Period—a controlling interest.

2.     Lead Plaintiffs Water Island Event-Driven Fund, The Arbitrage Fund, AltShares Merger Arbitrage ETF, and the Hilary L. Shane Revocable Trust are **APPOINTED** as Class Representatives pursuant to Federal Rule of Civil Procedure 23(a).

3.     Co-Lead Counsel Entwistle & Cappucci LLP and Saxena White P.A. are **APPOINTED** as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g), and Liaison Counsel Kozyak Tropin & Throckmorton LLP is **APPOINTED** as Class Liaison Counsel.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____, 2026.

_____
**CHIEF JUDGE CECILIA ALTONAGA**
**UNITED STATES DISTRICT JUDGE**