**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22574-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**

_________________________________/

# JOINT MEDIATION REPORT

Pursuant to Southern District of Florida Local Rule 16.2(f)(1), and this Court's Order Scheduling Mediation (Dkt. 124; *accord* Dkt. 108), Plaintiffs and Defendants (together, the "Parties") in the above-referenced matter hereby file this Joint Mediation Report and state as follows:

On July 15, 2026, the Parties participated in court-ordered mediation in the above referenced action, at 295 Fifth Avenue, New York, NY 10016, before Mediator Miles N. Ruthberg of Phillips ADR Enterprises. The action did not settle.

July 16, 2026

Respectfully submitted,

*/s/ Benjamin J. Widlanski*
**KOZYAK TROPIN & THROCKMORTON LLP**
Benjamin J. Widlanski (Fla. Bar # 1010644)
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Tel.: (305) 372-1800
bwidlanski@kttlaw.com

*Court-Appointed Liaison Counsel and Proposed Liaison Counsel for the Class*

Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, New York 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com
asher@entwistle-law.com

Andrew J. Entwistle (*pro hac vice*)
500 W. Second Street, Suite 1900
Austin, Texas 78701
Tel.: (512) 710-5960
aentwistle@entwistle-law.com

Adam Warden (Fla. Bar # 0873691)
Jonathan Lamet (Fla. Bar # 0106059)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel.: (561) 394-3399
awarden@saxenawhite.com
jlamet@saxenawhite.com

David J. Schwartz (pro hac vice)
10 Bank Street, Suite 882

*/s/ Samuel G. Williamson*
Samuel G. Williamson
Florida Bar No. 1033817
David A. Nabors
Florida Bar No. 1024722
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 S Bayshore Drive
Suite 1550
Miami, Florida 33133-5417
(305) 402-4880
samwilliamson@quinnemanuel.com
davidnabors@quinnemanuel.com

Andrew J. Rossman (*pro hac vice)*
Courtney C. Whang (*pro hac vice)*
Sarah Bittman (*pro hac vice*)
Marielle Paloma Greenblatt (*pro hac vice)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 Fifth Avenue
New York, NY 10016
(212) 446-4800
andrewrossman@quinnemanuel.com
courtneywhang@quinnemanuel.com
sarahbittman@quinnemanuel.com
mariellegreenblatt@quinnemanuel.com

*Counsel for Defendants KnowBe4, Inc., Sjoerd Sjouwerman, and Vista Equity Partners Management, LLC*

*/s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 0827029
Benjamin R. Shiekman
Florida Bar No. 113114
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com
**LASHGOLDBERG**
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131

White Plains, New York 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
dschwartz@saxenawhite.com

Thomas Curry (*pro hac vice*)
824 N. Market Street, Suite 1003
Wilmington, Delaware 19801
Tel.: (302) 485-0483
tcurry@saxenawhite.com

*Court-Appointed Co-Lead Counsel and Proposed Class Counsel*

(305) 347-4040

Colleen Smith *(pro hac vice)*
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400
colleen.smith@lw.com

Stephen Nasko *(pro hac vice)*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 654-7130
stephen.nasko@lw.com

*Counsel for Defendants Jeremiah Daly, Elephant Partners, Elephant Partners I, L.P., Elephant Partners II, L.P., Elephant Partners 2019 SPV-A, L.P., and Elephant Partners II-B, L.P.*

*/s/ Michael Holecek*
Michael Holecek
Florida Bar No. 1035950
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7018
MHolecek@gibsondunn.com

Brian M. Lutz (*pro hac vice*)
Colin Davis (*pro hac vice)*
Jeff Lombard (*pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, California 94111
(415) 393-8200

*Counsel for Defendants KKR & Co. Inc., KKR Knowledge Investors L.P., Stephen Shanley, and Kara Wilson*

*/s/ Adam M. Schachter*
Adam M. Schachter (Florida Bar No. 647101)
Joan Silverstein (Florida Bar No. 997330)
**GELBER SCHACHTER &**
**GREENBERG, P.A.**
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
(305) 728-0950
aschachter@gsgpa.com
jsilverstein@gsgpa.com

Koji Fukumura (*pro hac vice)*
Peter Adams (*pro hac vice)*
Heather Speers (*pro hac vice)*
**COOLEY LLP**
10265 Science Center Drive
San Diego, California 92121
(858) 550-6000
kfukumura@cooley.com
padams@cooley.com
hspeers@cooley.com

*Counsel for Defendants*
*Kevin Klausmeyer, Shrikrishna Venkataraman,*
*and Gerhard Watzinger*