**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22574-CIV-ALTONAGA/Reid**

In re:

**KNOWBE4, INC.**
**SECURITIES LITIGATION**
_________________________________/

# JOINT STATUS REPORT

Pursuant to this Court's July 17, 2026 Order [ECF No. 195] staying and administratively closing the above-captioned case, the Parties hereby submit their Joint Status Report:

On June 26, 2026, the plaintiffs in *Le Clair v. KnowBe4, Inc.*, No. 2024 1143, 2026 WL 1481979 (Del. Ch. May 27, 2026) filed a notice of appeal in the Delaware Supreme Court of the Delaware Chancery Court's decision granting Defendants' motion to dismiss. *See* ECF No. 195 at 2; *Le Clair v. KnowBe4, Inc.*, No. 260,2026, Dkt. 1 (Del. 2026). Briefing remains underway before the Delaware Supreme Court. The Delaware plaintiffs-appellants filed their opening brief on August 10, 2026. The Delaware defendants-appellees filed their opposition brief on September 9, 2026. Any reply is due no later than September 24, 2026. Consistent with this Court's Order [ECF No. 195], the Parties will continue to keep the Court updated.

Dated: September 14, 2026 Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin J. Widlanski*<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>Benjamin J. Widlanski (Fla. Bar # 1010644)<br>Brandon M. Sadowsky (Fla. Bar # 1052643)<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134<br>Tel.: (305) 372-1800<br>bwidlanski@kttlaw.com | */s/ Samuel G. Williamson*<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Samuel G. Williamson<br>Florida Bar No. 1033817<br>David A. Nabors<br>Florida Bar No. 1024722<br>2601 S Bayshore Drive<br>Suite 1550 |

*Liaison Counsel for Lead Plaintiff*

Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com
asher@entwistle-law.com

Andrew J. Entwistle (*pro hac vice*)
500 West Second Street
Floor 19, Suite 16
Austin, Texas 78701
Telephone: (512) 710-5960
aentwistle@entwistle-law.com

Adam Warden (Fla. Bar # 0873691)
Jonathan Lamet (Fla. Bar # 0106059)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
awarden@saxenawhite.com
jlamet@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiff*

Miami, Florida 33133-5417
(305) 402-4880
samwilliamson@quinnemanuel.com
davidnabors@quinnemanuel.com

Andrew J. Rossman (*pro hac vice)*
Courtney C. Whang (*pro hac vice)*
Sarah Bittman (*pro hac vice*)
Marielle Paloma Greenblatt (*pro hac vice)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 Fifth Avenue
New York, NY 10016
(212) 446-4800
andrewrossman@quinnemanuel.com
courtneywhang@quinnemanuel.com
sarahbittman@quinnemanuel.com
mariellegreenblatt@quinnemanuel.com

Martin B. Goldberg
Florida Bar No. 0827029
Benjamin R. Shiekman
Florida Bar No. 113114
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com
**LASHGOLDBERG**
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
(305) 347-4040

Colleen Smith *(pro hac vice)*
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400
colleen.smith@lw.com

Jordan Cook (*pro hac vice*)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
(714) 755-8238
jordan.cook@lw.com

Stephen Nasko *(pro hac vice)*
**LATHAM & WATKINS LLP**

| | |
|---|---|
| | 555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 654-7130<br>stephen.nasko@lw.com<br><br>Adam M. Schachter (Florida Bar No. 647101)<br>Joan Silverstein (Florida Bar No. 997330)<br>**GELBER SCHACHTER & GREENBERG, P.A.**<br>One Southeast Third Avenue, Suite 2600<br>Miami, Florida 33131<br>(305) 728-0950<br>aschachter@gsgpa.com<br>jsilverstein@gsgpa.com<br><br>Michael Holecek<br>Florida Bar No. 1035950<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7018<br>MHolecek@gibsondunn.com<br><br>Brian M. Lutz (*pro hac vice*)<br>Colin Davis (*pro hac vice)*<br>Jeff Lombard (*pro hac vice)*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, California 94111<br>(415) 393-8200<br><br>Koji Fukumura (*pro hac vice)*<br>Peter Adams (*pro hac vice)*<br>Craig TenBroeck (*pro hac vice)*<br>**COOLEY LLP**<br>10265 Science Center Drive<br>San Diego, California 92121<br>(858) 550-6000<br>kfukumura@cooley.com<br>padams@cooley.com<br>ctenbroeck@cooley.com |